UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

D & D ACADEMY, INC. d/b/a
BARRINGTON ACADEMY,

    Plaintiff,                              Case No.: 8:09-cv-01227-T-24-MAP

v.

LANTANA INSURANCE LTD.,

    Defendant.
_____/

## **FINAL JUDGMENT**

This cause comes before the Court on the Joint Stipulation of Plaintiff, D&D Academy, Inc. d/b/a Barrington Academy ("D&D Academy") and Defendant, Lantana Insurance Ltd. ("Lantana") (Doc. 17). Based upon that Stipulation, Final Judgment is hereby entered in favor of Lantana and against D&D Academy as follows:

Lantana's policy does not contain sinkhole coverage, and under the specific facts of this case, Lantana had no duty to provide sinkhole coverage pursuant Florida law. Accordingly, there is no coverage for any damage sought by D&D Academy under Lantana's policy. Lantana shall bear its own fees and costs.

This Final Judgment resolves all allegations raised by the pleadings, and the Clerk is directed to terminate all pending motions and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of May, 2010.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge